**FILED**
CLERK, U.S. DISTRICT COURT

Oct. 30, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CR_____ DEPUTY

Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

JS-6

Attorneys for Plaintiff
MAERSK LINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAERSK LINE, | ) Case No. CV14-5926 SVW (PJWx) |
| Plaintiff, | ) |
| vs. | ) [PROPOSED] INTERLOCUTORY |
| | ) DISMISSAL |
| OCEANSTAR EXPRESS COMPANY, INC. dba OCEANSTAR EXPRESS | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING THEREFOR, the complaint herein is dismissed without prejudice, as to all parties and all causes of action subject to the terms of this Order. Plaintiff may have up to and including January 15, 2019 to reopen this case only if the settlement is not consummated and a written request to reopen this case is filed with this Court on or before January 15, 2019.

1

1   If Plaintiff has not requested this Court to reopen the case on or before January 15,
2   2019 the complaint will therefore be deemed dismissed with prejudice as to all parties and
3   all causes of action with each party to bear its own costs and fees.
4   IT IS SO ORDERED.

Dated: ~~October XX 2014~~
  October 30, 2014

_____
Honorable Stephen V. Wilson
United States District Judge

2